# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **COREY D. MAJOR, JULIE N. NIELSEN f/k/a JULIE N. MAJOR, RIVER ROCK PROPERTY OWNER'S ASSOCIATION, and GALLATIN COUNTY, a political subdivision of the State of Montana,** <br><br> Defendants. | CV 16-17-BU-BMM <br><br> **ORDER** |

Pursuant to motion by the United States, and good cause appearing,

IT IS HEREBY ORDERED that the complaint filed in the above caption case is dismissed with prejudice.

DATED this 31st day of May, 2018.

_____
Brian Morris
United States District Court Judge

T:\civil\2016V00033\order.dismiss.docx